UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO Division
www.flmb.uscourts.gov

In re:  Case No.: 6: 21-bk-02332
 Chapter 11
LITTLE DRUG CO., INC.

    Debtor-in-Possession.
_____/

## AMENDED CASE MANAGEMENT SUMMARY

Debtor, Little Drug Co., Inc. (the "Debtor"), provides the following case management summary:

1. **Description of Debtor's business.** Debtor is a Florida Corporation formed on March 14, 1967. Debtor owns and operates a pharmacy, soda fountain, and restaurant in New Symrna Beach, Flordia.

2. **Location of Debtor's Operations.** Debtor's business operations are maintained at 412 Canal St, New Smyrna Beach, FL 32168, a property which is leased by the Debtor.

3. **Reasons for Filing.** The Debtor filed the instant Subchapter V case due to an on-going dispute with its landlord, Victoria Building Property, Inc.

4. **Officers, Directors, and Insiders.** Justin Sikes is the managing member of the Debtor, with a majority ownership interest in the Debtor, and is also the President of and Director of the Debtor. Below is a list of all insiders and their relationship to the Debtor:

| **Name** | **Relationship** |
|---|---|
| Justin Sikes | Managing Member of the Debtor, sixty percent (60%) owner, President and |

|  | Director of Debtor. Current gross weekly salary is $925 per week. |
|---|---|
| David L. Sikes | Father of Justin Sikes, forty percent (40% owner with wife) and Secretary, Treasurer and Director of Debtor. Current gross weekly salary is $1000 per week. |

5. <u>Annual Gross Revenues</u>. Debtor's gross revenue for 2018 was $2,911,478.00. Debtor's gross revenue for 2019 was $2,853,730.00. Debtor's gross revenue for 2020 was $2,590,279.00

6. <u>Amounts Owed to Classes of Creditors</u>. Subject to defenses, offsets, and valuations, Debtor estimates that the below amounts are owed to creditors. Debtor is in the process of compiling its schedules and reserves the right to update the below amounts as the case progresses.

   a. <u>Priority Creditors</u>. $0.00

   b. <u>Secured Creditors</u>. $700,000.00

   c. <u>Unsecured Creditors</u>. $135,882.90

7. <u>Assets</u>. Debtor is in the process of compiling its Schedules and Statements. The asset values listed below are based on the Debtor's most recent balance statement. Debtor reserves the right to update these figures as the case progresses.

| Description | Value |
|---|---|
| Fixed Assets | $52,467.48 |
| Checking/Savings | $84487.86 |
| Accounts Receivable | $140,553.86 |
| Inventory | <u>$399,431.23</u> |
| TOTAL: | $676,940.43 |

8. <u>Employees</u>. Debtor has thirteen (13) non-insider employees. No gross wages were owed to employees as of the Petition Date. Debtor's weekly gross payroll obligation is approximately $7,342.12.

9. <u>Status of tax obligations</u>. Debtor is current on pre-petition sales and use tax obligations and payroll taxes.

10. <u>Anticipated Emergency Relief</u>. Debtor anticipates seeking the following emergency relief within 14 days from the Petition Date:

- Motion to retain Melissa A. Youngman and Melissa Youngman, PA, as counsel for Debtor in Possession.
- Motion to use Cash Collateral.
- Motion to Pay Officer, Insider, Affiliate Salaries

11. <u>Strategic Objectives</u>. Debtor intends to utilize the subchapter V case to restructure and reorganize its secured debt, particularly with its landlord.

Dated: May 25, 2021

                MELISSA A. YOUNGMAN, P.A.

By: <u>/s/ Melissa A. Youngman</u>
Melissa A. Youngman
Fla. Bar. No. 0690473
1705 Edgewater Drive
PO Box 541507
Orlando, FL 32854
(407) 374-1372 (telephone)
melissayoungman@melissayoungman.com
*Attorney to Debtor*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on May 25, 2021, a true and correct copy of the foregoing has been furnished via CM/ECF electronic notices and/or U.S. Mail, first class postage prepaid to the U.S. Trustee, Office of the U.S. Trustee, 400 West Washington Street, Suite 1100, Orlando, FL 32801; the Debtor, at 412 Canal St, New Smyrna Beach, FL 32168, and all parties receiving CM/ECF notices.

                                                          /s/ Melissa A. Youngman
                                                          Melissa A. Youngman
                                                          Fla. Bar. No. 0690473